**FILED**
FEB 2 8 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION :
OF THE UNITED STATES OF AMERICA :
FOR AN ORDER AUTHORIZING : Misc. No. 13-178
A PEN REGISTER AND TRAP AND TRACE :
ON CELLULAR TELEPHONE NUMBER :
███████████ : UNDER SEAL

## ORDER

This matter having come before the Court pursuant to the Government's Application under Title 18 U.S.C. Section 3122, by Assistant United States Attorney Mona N. Sahaf, an attorney for the government, which Application requests an Order under Title 18 U.S.C. Section 3123, authorizing the installation and use of a pen register and trap and trace device on ███ (hereinafter "subject telephone number"), and the Court makes the following findings:

### FINDINGS

**Findings Pursuant to Title 18 U.S.C. Section 3123**

1. The Court finds that the Applicant has certified to the Court that she is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure.

2. The numbers dialed or pulsed to and from the subject telephone, with unknown subscriber information, are relevant to an ongoing criminal investigation of possible violations of Title 18, United States Code, Section 793. It is

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By *Michael Darby* 3/1/13
Deputy Clerk

1

**ORDERED**, that pursuant to Title 18 U.S.C. Section 3123, that agents of the Federal Bureau of Investigation (hereinafter "Agency" or "FBI") may install and use pen register, trap and trace and caller identification device on the subject telephone number (1) to record numbers dialed to or pulsed from the subject telephone number, to record the date and time of such dialings or pulsings; and (2) to capture the incoming electronic and other impulses reasonably likely to identify the source of a wire or electronic communication and the date and time of such incoming pulses, for a period of an additional sixty (60) days to commence upon the expiration of authority under any previous order or upon the date of this order, whichever is later. It is

**FURTHER ORDERED**, pursuant to Title 18 U.S.C. Section 3123(b)(2), that Verizon Wireless (hereinafter "Service Provider"), shall furnish to the Agency forthwith all information, facilities and technical assistance necessary to accomplish the installation of the devices unobtrusively and with minimum interference with the services that are accorded persons whose dialings and pulsings are the subject of the pen register and the trap and trace device. It is

**FURTHER ORDERED**, that this Order shall apply not only to the subject telephone number, but also to any telephone number(s) subsequently assigned to an instrument bearing the same mobile service identification number as the subject telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or to additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject telephone number within the 60 day period authorized by this Order. It is

**FURTHER ORDERED,** that this Order shall apply to the Service Provider, and to any other service provider which contracts or otherwise agrees to provide cellular telephone service to a telephone bearing the same telephone number and/or mobile service identification number during the 60 day period contemplated by the Order in this matte. It is

**FURTHER ORDERED,** that the Service Provider, or any other service provider to whom this Order applies, shall be compensated by the Agency for reasonable expenses incurred in providing technical assistance. And, it is

**FURTHER ORDERED,** that this Order and the Application shall be sealed until otherwise ordered by the Court and that the Service Provider, its agents, employees and affiliates, shall not disclose the existence of the pen register and trap and trace device or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

**SO ORDERED** this 28th day of February, 2013

_____
ALAN KAY
United States Magistrate Judge